UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN                                          CASE NO.: 14-30088-RBR
                                                            Chapter 7
    Debtor(s)
_____/

KENNETH A. WELT, as chapter 7 trustee for           Adv. Pro. No. 15-1175-RBR
Aaron Boorstein, and DANIEL KAPLAN,

    Plaintiffs,

v.

AARON BOORSTEIN,

    Defendant.
_____/

**EX PARTE MOTION TO CORRECT ATTORNEY REPRESENTATIONS**

Lawrence E. Pecan, counsel for Daniel Kaplan (*"Dr. Kaplan"*), moves for the entry of an order correcting his representation in this proceeding, and states as follows:

1.    On March 17, 2015, Kenneth Welt (the *"Trustee"*) and Dr. Kaplan filed the verified complaint [ECF No. 1] (the *"Complaint"*).

2.    Lawrence Pecan e-filed the Complaint. The Complaint was also signed by Craig Pugatch, Esq, as counsel for the Trustee.

3.    Lawrence Pecan is NOT counsel for the Trustee.

4.    There is no way to file a complaint for two parties without triggering an ECF appearance for both parties.

5. Since, Lawrence Pecan is not counsel for the Trustee, he requests the docket be modified to correct that he is not counsel for the Trustee.

6. Upon information and belief, Craig Pugatch, Esq., will enter an appearance for the Trustee in this action.

WHEREFORE, Lawrence Pecan requests the Court enter an order directing the clerk to strike Lawrence Pecan's name from the docket to the extent that the docket reflects that Lawrence Pecan represents Kenneth A. Welt.

**MELAND RUSSIN & BUDWICK, P.A.**
*Attorneys for Dr. Kaplan*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

By:	s/ Lawrence E. Pecan
	Lawrence E. Pecan, Esquire
	Florida Bar No. 990866
	lpecan@melandrussin.com

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN                                CASE NO.: 14-30088-RBR
                                                  Chapter 7
    Debtor(s)
_____/

KENNETH A. WELT, as chapter 7 trustee for         Adv. Pro. No. 15-1175-RBR
Aaron Boorstein, and DANIEL KAPLAN,

    Plaintiffs,

v.

AARON BOORSTEIN,

    Defendant.
_____/

**ORDER GRANTING**
**EX PARTE MOTION TO CORRECT ATTORNEY REPRESENTATIONS**

THIS MATTER came before the Court upon the EX PARTE MOTION TO CORRECT ATTORNEY REPRESENTATIONS [ECF No. ___] (the *"Motion"*). The Court, having reviewed the Motion, and good cause appearing therefor, it is ORDERED that:

1. The Motion is GRANTED.

2. The clerk is directed to modify the docket to reflect that Lawrence Pecan represents ONLY Daniel Kaplan and does not represent Kenneth A. Welt, as trustee.

# # #

**Submitted By:**
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Trustee Welt
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:	(305) 358-6363
Telefax:	(305) 358-1221

**Copies Furnished To:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.