UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN                                       CASE NO.: 14-30088-RBR
                                                         Chapter 7
    Debtor(s)
_____/

KENNETH A. WELT, as chapter 7 trustee for               Adv. Pro. No. 15-01175
Aaron Boorstein, and DANIEL KAPLAN,

    Plaintiffs,

v.

AARON BOORSTEIN,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig A. Pugatch, Esq. and the law firm of Rice Pugatch Robinson & Schiller, P.A. hereby enter their appearance as counsel for Kenneth A. Welt, as Chapter 7 Trustee for Aaron Boorstein, in the above-styled matter. All parties are requested to take notice of this appearance and shall serve copies of any and all pleadings, correspondence, reports and/or documents of any kind or nature filed in this matter upon the undersigned.

    **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
    *Counsel to the Trustee*
    101 NE 3rd Ave., Suite 1800
    Fort Lauderdale, FL 33301
    Telephone: (954) 462-8000
    Facsimile: (954) 462-4300

    By:    /s/ Craig A. Pugatch
        CRAIG A. PUGATCH
        Florida Bar No. 653381
        capugatch@rprslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties receiving notice by this method on this 18th day of March, 2015.

/s/ Craig A. Pugatch
CRAIG A. PUGATCH

J:\WPDocs\5482 Aaron Boorstein\Adversary Re Medical Affiliates\Notice of Appearance.docx