

**ORDERED in the Southern District of Florida on March 18, 2015.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN                      CASE NO.: 14-30088-RBR
                                         Chapter 7
    Debtor(s)
_____/

KENNETH A. WELT, as chapter 7 trustee for    Adv. Pro. No. 15-1175-RBR
Aaron Boorstein, and DANIEL KAPLAN,

    Plaintiffs,

v.

AARON BOORSTEIN,

    Defendant.
_____/

**ORDER GRANTING**
**EX PARTE MOTION TO CORRECT ATTORNEY REPRESENTATIONS**

THIS MATTER came before the Court upon the EX PARTE MOTION TO CORRECT ATTORNEY REPRESENTATIONS [ECF No. 3] (the ***"Motion"***). The Court, having reviewed the Motion, and good cause appearing therefor, it is ORDERED that:

1. The Motion is GRANTED.

2. The clerk is directed to modify the docket to reflect that Lawrence Pecan represents ONLY Daniel Kaplan and does not represent Kenneth A. Welt, as trustee.

# # #

**Submitted By:**
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Kaplan
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.