UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN                           CASE NO.: 14-30088-RBR
                                             Chapter 7
    Debtor(s)
_____/

KENNETH A. WELT, as chapter 7 trustee for   Adv. Pro. No. 15-01175-RBR
Aaron Boorstein, and DANIEL KAPLAN,

    Plaintiffs,

v.

AARON BOORSTEIN,

    Defendant.
_____/

### CERTIFICATE OF SERVICE (SUMMONS SERVICE EXECUTED)

I HEREBY CERTIFY that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the documents indicated below was made on March 20, 2015, by: Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to the defendant at: Aaron E. Boorstein, 405 N Ocean Blvd., #1924, Pompano Beach, FL 33062.

1.    Verified Complaint for Turnover, Declaratory and Injunctive Relief [ECF No. 1];

2.    Emergency *Ex Parte* Application for the Entry of a Temporary Restraining Order and to Schedule a Preliminary Injunction Hearing [ECF No. 2];

3.    *Ex Parte* Motion to Correct Attorney Representations [ECF No. 3];

4.    Temporary Restraining Order [ECF No. 4];

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

5. Order Granting *Ex Parte* Motion to Correct Attorney Representations [ECF No. 6];

6. Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 7]; and

7. Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 8].

Dated: March 20, 2015.

        s/ Lawrence E. Pecan
        Lawrence E. Pecan, Esquire
        Florida Bar No. 990866
        lpecan@melandrussin.com
        MELAND RUSSIN & BUDWICK, P.A.
        3200 Southeast Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 358-6363
        Telecopy: (305) 358-1221

*Attorneys for Trustee*