UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft Lauderdale Division
www.flsb.uscourts.gov

In re:
AARON E. BOORSTEIN                                                    Case No.  14-30088-RBR
    Debtor.                                                                          Chapter 7
_____/
KENNETH A. WELT, as chapter 7 trustee for
AARON E. BOORSTEIN and DANIEL
KAPLAN,
    Plaintiffs,
vs.                                                                                              Adv Case No. 15-1175-RBR-A

AARON E. BOORSTEIN,
    Defendant.
_____/

## MOTION FOR PROTECTIVE ORDER

    AARON E. BOORSTEIN moves pursuant to Fed. R. Civ. P. 26(c), Bankruptcy Rule 7026, and Local Rule 7026-1, for a protective order as to Interrogatories propounded by Plaintiff, Daniel Kaplan, and says:

1. The five-count Complaint seeks the following relief:

    a. Count I, a declaratory judgment that the Trustee is the owner of Dr. Boorstein's ownership interest in Medical Affiliates, P.L., which Dr. Boorstein concedes;

    b. Count II, an action for accounting and turnover of "any and all distributions made on or after the Petition Date on account of the Debtor's Membership Interest..."

    c. Count III, an injunctive action "to prevent the Debtor from continuing to dissipate, secret, conceal or transfer the assets of the Practice to the detriment of the Debtor's creditors..."

    d. Count IV for mandamus relief to enforce the automatic stay.

2. Dr. Kaplan has no standing to be a Plaintiff in this adversary proceeding.

3. Dr. Kaplan has propounded the attached Interrogatories, which are not relevant to any claims of Dr. Kaplan.

4. Until his recent ouster, Dr. Boorstein was primarily responsible for the business operations of Medical Affiliates, P.L., including supervision of the bookkeeping and outside accounting. As such, Dr. Boorstein had complete access to all books and records of Medical Associates, P.L.

5. Medical Associates, P.L. had patients who were considered to be patients of Dr. Boorstein, in that such patients would request to see Dr. Boorstein to the exclusion of any other physicians in the practice.

6. Since his expulsion, upon information and belief, patients who have called to make appointments have been variously informed that: Dr. Boorstein has retired; Dr. Boorstein was fired; or that Dr. Boorstein was taken away in handcuffs.

7. There is neither a legal, nor factual basis to allege that Dr. Boorstein is not entitled to retain records of Medical Affiliates, P.L. from the time of his affiliation.

8. There is neither a legal, nor factual basis to allege that Dr. Boorstein is not permitted to contact his patients to inform them of his new affiliation.

9. Dr. Kaplan is impermissibly using this forum, in which he has no standing whatsoever, to conduct a fishing expedition.

Wherefore, Dr. Boorstein requests an order protecting him from being required to respond to the interrogatories of Dr. Kaplan.

## CERTIFICATION

I have, on this date, called counsel for Dr. Kaplan, Lawrence Pecan, and was informed that he was on another line, at which time I was forwarded to his voice mail and I left a detailed message regarding my view of the interrogatories. I did not receive a

return call or email.  Dated: April 1, 2015

*s/ Kevin C Gleason*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was via the Notice of Electronic Filing on April 1, 2015, to: Lawrence E Pecan on behalf of Plaintiff Daniel L. Kaplan, MD, lpecan@melandrussin.com, ltannenbaum@melandrussin.com; mrbnefs@yahoo.com; Craig A. Pugatch, Esq on behalf of Plaintiff Kenneth A Welt, capugatch.ecf@rprslaw.com.

Respectfully submitted,
**FLORIDA BANKRUPTCY GROUP, LLC**
Attorney for Aaron E. Boorstein
4121 N. 31st Avenue
Hollywood, FL 33021-2011
T: 954-893-7670/F: 954-893-7675

By: s/ Kevin C Gleason
Florida Bar No. 369500
BankruptcyLawyer@aol.com

## **INTERROGATORIES**

1. Are you currently in possession of or do you have access to any portion of the Practice's Patient List?  If so, please (a) describe the format of such document; (b) describe what information concerning patients is described in such document; and (c) state when and how you obtained possession of or, gained access to same.
   **ANSWER:**

2. Have you opened a new medical practice which provides similar services to the Practice?  If so, please state its name, location and practice area.
   **ANSWER:**

[Caption and defintions are excluded]