

**ORDERED in the Southern District of Florida on May 27, 2015.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN               CASE NO.: 14-30088-RBR
                                 Chapter 7
    Debtor(s)
_____/

KENNETH A. WELT, as Chapter 7 Trustee for    Adv. Pro. No. 15-01175-RBR
Aaron Boorstein, and DANIEL KAPLAN,

    Plaintiffs,

v.

AARON BOORSTEIN,

    Defendant.
_____/

**AGREED ORDER GRANTING IN PART MOTION TO DISMISS PLAINTIFF, DANIEL KAPLAN AND AMENDED MOTION FOR PROTECTIVE ORDER AS TO KAPLAN'S INTERROGATORIES**

THIS MATTER came before the Court upon the *Motion to Dismiss Plaintiff, Daniel Kaplan filed by Defendant Aaron E Boorstein* [ECF No. 31] (the **"Motion to Dismiss"**) and the *Amended Motion for Protective Order as to Kaplan's Interrogatories filed by Defendant Aaron E Boorstein* [ECF No. 21] (the **"Motion for a Protective Order"**). The Court, having considered the Motion, and noting the agreement of the parties, hereby ORDERS that:

1. The Motion to Dismiss is **GRANTED** in part. Dr. Kaplan and/or Medical Affiliates, P.L, shall have 30 days from the date of the entry of this order to file an amended complaint. The existing orders and injunctions shall remain in effect notwithstanding the dismissal of Dr. Kaplan without prejudice.

2. Due to the dismissal without prejudice, the Motion for a Protective Order is **GRANTED**, without prejudice to any Plaintiff serving the same discovery after the filing of an amended complaint, at which time the Court may, upon appropriate motion, consider the arguments raised in the Motion for a Protective Order.

###

**Submitted By:**
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Daniel Kaplan*

**Copies Furnished To:**
Lawrence E. Pecan, Esquire is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.