

**ORDERED in the Southern District of Florida on June 17, 2015.**

_____
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AARON E. BOORSTEIN                                CASE NO.: 14-30088-RBR
                                                  Chapter 7
     Debtor(s)
_____/

KENNETH A. WELT, as chapter 7 trustee for         Adv. Pro. No. 15-01175-RBR
Aaron Boorstein, and DANIEL KAPLAN,

     Plaintiffs,

v.

AARON BOORSTEIN,

     Defendant.
_____/

**ORDER CONTINUING PRETRIAL CONFERENCE AND PRETRIAL DEADLINES**

THIS MATTER came before the Court on June 16, 2015 at 9:30 a.m.  For the reasons

stated on the record, it is

ORDERED AND ADJUDGED:

1.	The Pretrial Conference in this matter is continued to September 15, 2015, at 9:30 a.m., U.S. Bankruptcy Court, 299 East Broward Blvd., Room 308, Fort Lauderdale, Florida 33301.

2.	All pretrial deadlines are hereby extended in conformity with the new Pretrial Conference and shall be due in accordance with the time frames established by the Order Setting Filing and Disclosure Requirements for Pretrial and Trial (ECF #8).

###

Submitted by:
Craig A. Pugatch, Esq.
RICE PUGATCH ROBINSON, P.A.
101 N.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301
Phone: (964) 462-8000
Fax:    (954) 462-4300
capugatch@rprslaw.com

Copies furnished to:

Craig A. Pugatch, Esq.

Attorney, Craig A. Pugatch, is directed to serve a conformed copy of this Order on all interested parties, and file a certificate attesting to any such service.